UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLYDE MCNIGHT,

                Plaintiff,

      v.

ALICE PAYNE,

                Defendant.

Case No.  C05-5254RJB

ORDER DENYING SERVICE OF COMPLAINT BY UNITED STATES MARSHALS

      This matter comes before the court on plaintiff's filing of an amended civil rights complaint pursuant to 42 U.S.C. § 1983. (Dkt. #5).  Plaintiff has been granted *in forma pauperis* status in this case. (Dkt. #2). Because plaintiff has not provided the court with any forms for service or copies of the amended complaint for service, however, the court will not order service of the complaint at this time.

      The clerk is directed to send **two (2)** service forms to plaintiff for him to fill out and return to the court so that the court can attempt service by mail.  Plaintiff also must provide **two (2)** copies of the complaint. Both the forms and the copies of the complaint must be returned on or before **June 10, 2005**, or the court will recommend dismissal for failure to prosecute.

ORDER
Page - 1

1   The Clerk is directed to send a copy of this Order to plaintiff.

2   DATED this 10th day of May, 2005.

                                                /s/ Karen L. Strombom
                                                Karen L. Strombom
                                                United States Magistrate Judge

ORDER
Page - 2