UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLYDE MCKNIGHT,

        Plaintiff,

v.

ALICE PAYNE,

        Defendant.

Case No.  C05-5254RJB-KLS

ORDER REGARDING PLAINTIFF'S MOTION TO EXTEND TIME FOR DISCOVERY COMPLETION

This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Magistrates Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the Court on plaintiff's motion to extend time for discovery completion.   After reviewing plaintiff's motion and the balance of the record, the Court finds and orders as follows:

On October 5, 2006, plaintiff filed his present motion, wherein he requests an extension of the time for completion of discovery until November 5, 2006, due to defendant counsel's alleged refusal to provide a definite date for giving plaintiff certain discovery material.  Plaintiff's motion was noted for consideration on October 20, 2006.  While it appears plaintiff served counsel for defendant with the motion, no response therefrom has yet been received by the Court.

Accordingly, the Court hereby directs defendant to file a response to plaintiff's motion by **no later than November 13, 2006**.  If such a response is filed, plaintiff shall file a reply thereto, if any, by **no later than November 16, 2006**.  The Clerk, therefore, shall re-note this motion for consideration on **November**

ORDER
Page - 1

1 | **17, 2006**.

2 | The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendant.

3 | DATED this 26th day of October, 2006.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2