1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

CLYDE MCKNIGHT,

Plaintiff,

Case No.  C05-5254RJB-KLS

11

12

v.

ALICE PAYNE,

ORDER DISMISSING
COMPLAINT

13

Defendant.

14

15

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge

16

Karen L. Strombom, and the remaining record, does hereby find and ORDER:

17

(1)     The Court adopts the Report and Recommendation;

18

(2)     This case  is DISMISSED without prejudice;

19

(3)     The Clerk is directed to terminate this action pursuant to Local Rule CR 41(a); and

20

(4)     The Clerk is directed to send copies of this Order to plaintiff and the Honorable Karen L.

21

Strombom.

22

DATED this 4th day of May, 2007.

23

24

_____
ROBERT J. BRYAN
United States District Judge

25

26

27

28

ORDER
Page - 1