# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLYDE MCKNIGHT | JUDGMENT IN A CIVIL CASE |
| v. | |
| ALICE PAYNE | CASE NUMBER: C05-5254RJB |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The court ADOPTS the Report and Recommendation. This case is DISMISSED without prejudice.

| | |
|---|---|
| May 9, 2007 | BRUCE RIFKIN<br>Clerk |
| | /s/Dara L. Kaleel<br>By Dara L. Kaleel, Deputy Clerk |